JARED N. KAWASHIMA          6289
SAMUEL SUEN                 8955

KAWASHIMA LAW GROUP
Limited Liability Law Company
1000 Bishop Street, Suite 503
Honolulu, Hawaii  96813
Telephone:  (808) 524-0030
Facsimile:  (808) 524-0573

Attorney for Plaintiffs
HAWAII TRUCKERS-TEAMSTERS
UNION PENSION PLAN AND
HAWAII TEAMSTERS HEALTH
AND WELFARE TRUST

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII TRUCKERS-TEAMSTERS UNION PENSION PLAN, by its Trustees, ALAN SUGIMOTO, KINGSLEY WONG, RONAN KOZUMA, and MILLIE DOWNEY; HAWAII TEAMSTERS HEALTH AND WELFARE TRUST, by its Trustees, MICHAEL R. COAD, RONAN KOZUMA, DARREL TAJIMA, ROBERT YU, MILLIE DOWNEY, and MICHAEL COSTA,<br><br>   Plaintiffs,<br><br> vs.<br><br>YRC WORLDWIDE, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10, DOE TRUSTS 1-10,<br><br>   Defendants. | CIVIL NO. 09-00463 SOM-BMK<br><br>MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION TO ENTER DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANTS YRC WORLDWIDE, INC. AND YRC INC. DBA YELLOW TRANSPORTATION<br><br><br>DATE: January 6, 2010<br>TIME:   1:30 PM<br>MAGISTRATE<br>JUDGE:  Honorable Barry M. Kurren<br><br>NO TRIAL DATE SET |

MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION TO ENTER
DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANTS YRC
WORLDWIDE, INC. AND YRC INC. DBA YELLOW TRANSPORTATION

On October 1, 2009, the Plaintiffs HAWAII TRUCKERS-TEAMSTERS UNION

PENSION PLAN ("Pension Plan") and HAWAII TEAMSTERS HEALTH AND WELFARE

TRUST ("H&W Trust") (collectively referred to as "Trust Funds") filed a Complaint and

thereafter filed an Amended Complaint on October 8, 2009 ("Amended Complaint"), for a

declaratory judgment, assumpsit and damages against Defendants YRC WORLDWIDE, INC.

and YRC INC. dba YELLOW TRANSPORTATION (hereinafter "Defendants"), alleging that

Defendants materially breached the "Memorandum of Agreement", dated February 15, 2006 and

"Tentative Agreement" dated April 10, 2008 attached as Exhibit "2" and Exhibit "3" respectively

to the Amended Complaint filed October 10, 2009 (hereinafter referred to as "the Agreements")

and related trust agreements.  The Trust Funds claimed that Defendants failed to submit all

monthly contribution reports, submit payments due on said reports, all notwithstanding demand

by Trust Funds.

The action arises under the Labor-Management Relations Act, 1947, as amended, the

Employee Retirement Income Security Act of 1974, and the Multiemployer Pension Plan

Amendments Act of 1980.  Jurisdiction is founded on questions arising thereunder and more

specifically under 29 U.S.C. §§ 1145 and 1132(a) and (f).

Service of process of the Complaint was made on Defendants on October 5, 2009, as

evidenced by the Return of Service filed herein on October 6, 2009.  Service of process of the

Amended Complaint was made on Defendants on October 9, 2009, as evidenced by the Return

of Service filed herein on October 9, 2009.  On November 27, 2009, default was entered against

Defendants due to said Defendants' failure to answer or otherwise defend on the Amended

Complaint.

On December 15, 2009, the Trust Funds filed a Motion for Approval of Fees and Costs and for Entry of Judgment, seeking an award of the sum $9,643.70, which includes the principal sum of $8,767.00, $876.70 in liquidated damages to the Hawaii Teamsters Health and Welfare Trust; seeking an award of $66,074.91 which includes the principal sum of $60,068.10 and $6,006.81 in liquidated damages to the Hawaii Truckers-Teamsters Union Pension Plan; and legal fees of $1,144.00, costs in the amount of $522.27, and general excise tax in the amount of $56.92.

Parties have agreed to postpone collection on amounts owed subsequent to March 2009. Consequently, although sums are owed by Defendants for the months of June and July 2009 as detailed in the filings herein, Plaintiffs will reserve its claims for the time period after March 2009, per agreement of the parties. Thus approval of such agreement affects the amounts owed which necessitated the filing of the Second Amendment to the Declaration of Ross Koyanagi in Support of Motion for Approval of Fees and Costs and For Entry of Judgment on March 10, 2010.

On January 29, 2010 the Declaration of Ross Koyanagi was filed in support of said motion for fees and costs. On February 1, 2010, the Declaration of Ronan Kozuma was filed in support of said motion for fees and costs. On March 1, 2010 the Amendment to the Declaration of Ross Koyanagi in Support of Motion for Approval of Fees and Costs and For Entry of Judgment was filed.

## FINDINGS OF FACT

Having reviewed the Trust Funds' Motion for Approval of Fees and Costs and for Entry of Judgment, the Declarations of Carla Jacobs, Ronan Kozuma, Ross Koyanagi and Jared N. Kawashima and the exhibits thereto, and the record established in this action, the Court finds as follows:

1.      On February 15, 2006 and April 10, 2008, Defendants entered into the Agreements with the Trust Funds;

2.      Each of the Trust Funds was and is an express trust created by a written trust agreement subject and pursuant to 29 U.S.C. § 186 and a multiemployer plan within the meaning of 29 U.S.C. §§ 1002 and 1003.

3.      Defendants breached the Agreements and are liable to the Trust Funds thereunder by their continuous failure to perform the terms of the Agreements, including: (1) failure to pay the amounts found by the Trust Funds for the period of April 1, 2006 through the present; (2) failure to pay the Trust Funds additional liquidated damages on late paid report contributions; and (3) failure to pay the Trust Funds their reasonable attorney's fees and costs incurred in enforcing the terms of the Agreement.

4.      Defendants have not sought to set aside default in this action.

5.      The Court finds that the fees sought by the Trust Funds of $1,197.91 and that the rates, as described below, for Plaintiffs' legal fees performing work on this matter are reasonable and thus are allowing said legal fees as follows:

|  | Actual Hours | Hourly Rate | Amount ($) |
|---|---|---|---|
| **Jared N. Kawashima (Partner)** | 3.9 | $250.00 | $780.00 |
| **Rhea-Liza Vega (Paralegal)** | 5.6 | $65.00 | $364.00 |
|  |  | Subtotal | $1,144.00 |
|  |  | G.E. Tax on Fees (4.712%) | $53.91 |
|  |  | **Total Fees** | **$1,197.91** |

6.      The Court finds that the total costs sought by the Trust Funds of $525.28 (costs $522.27 plus G.E.T. $3.01) are reasonable.

7.      Thus, as of January 8, 2010, there is known to be due, owing and unpaid to the H&W Trust from Defendants:

| | | |
|---|---|---|
| 1. | Contributions (04/06-01/08) ................................................... | $ 9,225.00 |
| 2. | Overpayment of premiums incurred from 02/08 – 05/09 ……………………………. | ($   458.00) |
| 3. | Liquidated Damages ............................................... | $   876.70 |
| | SUBTOTAL | $ 9,643.70 |
| 4. | Legal fees ...................................................... | $    145.70 |
| 5. | Costs .............................................................. | $     66.52 |
| 6. | G.E.T. …………………………………… | $       7.25 |
| | SUBTOTAL | $    219.47 |
| | **TOTAL** ......................... | **$ 9,863.17** |

8.      For the time periods identified below (excludes 03/09-07/09 and 08/09-12/09), there is known to be due, owing and unpaid to the Pension Plan from Defendants:

| | | |
|---|---|---|
| 1. | Contributions (04/06-02/09) ................................................... | $60,068.10 |
| 2. | Liquidated Damages ............................................... | $ 6,006.81 |
| | SUBTOTAL | $66,074.91 |
| 3. | Legal fees ...................................................... | $  998.30 |
| 4. | Costs .............................................................. | $  455.75 |
| 5. | G.E.T. …………………………………. | $   49.67 |
| | SUBTOTAL | $1,503.72 |
| | **TOTAL** ......................... | **$67,578.63** |

5

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that Default Judgment be granted in favor of

HAWAII TEAMSTERS HEALTH AND WELFARE TRUST for a money judgment against

Defendants, in the amount of $9,863.17.

IT IS HEREBY RECOMMENDED that Default Judgment be granted in favor of

HAWAII TRUCKERS-TEAMSTERS UNION PENSION PLAN for a money judgment against

Defendants, in the amount of $67,578.63.

DATED:  HONOLULU, HAWAII, March 14, 2010.

IT IS SO FOUND AND ORDERED.



  /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

---

In The U.S. District Court For The District Of Hawaii; Civil No. 09-00463 SOM-BMK; HAWAII
TRUCKERS-TEAMSTERS UNION PENSION PLAN, et al. Plaintiffs vs. YRC WORLDWIDE, INC. et
al. Defendants; *MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMENDATION TO ENTER
DEFAULT JUDGMENT AND AWARD DAMAGES AGAINST DEFENDANTS YRC WORLDWIDE,
INC. and YRC INC. dba YELLOW TRANSPORTATION*