IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII TRUCKERS-TEAMSTERS UNION PENSION PLAN, by its Trustees, ALAN SUGIMOTO, KINGSLEY WONG, RONAN KOZUMA, MILLIE DOWNEY; HAWAII TEAMSTERS HEALTH AND WELFARE TRUST, by its Trustees, MICHAEL R. COAD, RONAN KOZUMA, DARREL TAJIMA, ROBERT YU, MILLIE DOWNEY, MICHAEL COSTA,<br><br>        Plaintiffs,<br><br>  vs.<br><br>YRC WORLDWIDE, JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE TRUSTS 1-10,<br><br>        Defendants. | CV 09-00463 SOM-BMK<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING
MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 15, 2010, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 2, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Hawaii Truckers-Teamsters Union Pension Plan v. YRC Worldwide, et al.; Cv 09-00463 SOM/BMK; Order Adopting Magistrate's Findings and Recommendation